IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR., #147435, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  2:14-cv-0010-TMH |
| | ) |
| KIM ROBIAS THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This case is before the court on the Order and Recommendation of the Magistrate Judge (Doc. #3), entered on January 27, 2014, and the Plaintiff's Response, treated as an Objection, to the same (Doc. #4), filed on February 5, 2014. Upon an independent evaluation and *de novo* review of the file in this case, the court finds the Plaintiff's objection to be without merit, and it is hereby ORDERED as follows:

1. The the extent that the objection may be interpreted as an objection to the Magistrate Judge's order denying the Plaintiff's motion to proceed *in forma pauperis*, the court finds the order to be neither clearly erroneous nor contrary to law, and the objection is OVERRULED.

2. The Plaintiff's objection to the Recommendation of the Magistrate Judge is OVERRULED.

3. The court ADOPTS the Recommendation of the Magistrate Judge, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 5th day of March, 2014.


    /s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE